United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEL ANTHONY HOLLEY,

    Plaintiff,

vs.

CAPT. E. EVANS, LT. HAL WILLIAMS, LT. S. KLUGER, SGT, B. DUTTON,

    Defendants.

Case No. 3:15-CV-01077-VC

**ORDER AS MODIFIED**

    Good cause appearing, Defendants H. Williams', S. Kluger's and B. Dutton's Request for Extension of Time is granted. Said defendants shall file their motions for summary judgment or other dispositive motions on or before September 16, 2015. Holley's opposition is due twenty-eight days after defs' file their motion; defs' shall file their reply fourteen days thereafter.

DATED: July 16, 2015

_____

VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ANTHONY HOLLEY,<br>    Plaintiff,<br>    v.<br>E. EVANS, et al.,<br>    Defendants. | Case No. 15-cv-01077-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joel Anthony Holley ID: B-77761
San Quentin State Prison IW88-L
San Quentin, CA 94974

Dated: July 16, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA